UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. DESIDERIO, J.R., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 02-CV-4677 |
| WINNEBAGO INDUSTRIES;<br>FREIGHTLINER CUSTOM CHASSIS;<br>FREIGHTLINER CUSTOM<br>CHASSIS/ALLIANCE, WARRANTY<br>DEPT.; CATERPILLAR INC. ENGINE<br>DIVISION; ALLISON TRANSMISSION;<br>MEYERS CAMPERS, | : |
| Defendants. | : |

FILED JAN 03 2003

### ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendant Caterpillar Inc., in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Pullano
　　　　　　　　　　　　　　　　　　　　Michael B. Pullano, I.D. No. 79389
　　　　　　　　　　　　　　　　　　　　**McCarter & English, LLP**
　　　　　　　　　　　　　　　　　　　　Mellon Bank Center
　　　　　　　　　　　　　　　　　　　　1735 Market Street
　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　(215) 979-3800

Dated: January 3, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2003, I served a copy of the attached Entry of Appearance by depositing it in the U.S. mail, First Class postage prepaid, upon:

Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, Pa. 19002

W. Bourne Ruthrauff, Esquire
Bennett Bricklin & Saltzburg, LLP
1601 Market Street, 16th Floor
Philadelphia, Pa. 19103

_____
Michael B. Pullano