IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James M. Desiderio, Jr. | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4677 |
| Winnebago Industries, et al | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, May 22, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By: _____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: January 24, 2003

Copies:  Katherine Gallagher, Courtroom Deputy to Judge Harvey Bartle, III
Docket Clerk - Case File

Counsel:  Craig Thor Kimmel, Esq.
Charles C. Sweedler, Esq.
W. Bourne Ruthrauff, Esq.
Michael B. Pullano, Esq.
Steven B. Kantrowitz, Esq.

ARB2.FRM