IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. DESIDERIO, JR. | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-4677 |
| | : | |
| WINNEBAGO INDUSTRIES, ET AL | | |

### ORDER

AND NOW, this 14th day of MAY, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Norma L. Shapiro.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____MICHAEL E. KUNZ
Clerk of Court