IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. DESIDERIO, JR., | : | |
| | : | |
| Plaintiff | : | No.: 02-CV-4677 |
| | : | |
| v. | : | |
| | : | |
| WINNEBAGO INDUSTRIES, | : | |
| FREIGHTLINER CUSTOM CHASSIS | : | |
| FREIGHTLINER CUSTOM CHASSIS/ | : | |
| ALLIANCE, | : | |
| CATERPILLAR, INC., ENGINE DIV., | : | |
| ALLISON TRANSMISSION, | : | |
| and | : | |
| MEYER'S CAMPERS, | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE ON BEHALF ON DEFENDANT, MEYER'S CAMPERS, INC.**

To the Clerk of the Court:

Please enter the appearance of Wayne A. Graver, Esquire, on behalf of defendant, Meyer's Campers, Inc., in the above-referenced matter. A copy of the Withdrawal of Appearance of Charles C. Sweedler, Esquire is attached.

                                              LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

        BY:       _____
                          Wayne A. Graver, Esquire
                          Identification No.: 28245
                          510 Walnut Street
                          Suite 1000
                          Philadelphia, PA 19106
                          (215) 627-0303

                          Attorneys for Defendant, Meyer's Campers, Inc.

Dated: _____