IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. DESIDERIO, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WINNEBAGO INDUSTRIES, et al. | : | NO. 02-4677 |

**ORDER**

AND NOW, this 29th day of May, 2003, upon consideration of a letter from counsel for defendant Freightliner Custom Chassis, dated May 16, 2003, it is **ORDERED** that defendant's motion to compel Winnebago Industries to respond to requests for production of documents, filed May 12, 2003 (Paper No. 26) is deemed **WITHDRAWN**.

_____

S.J.