IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. DESIDERIO, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4677 |
| | : | |
| WINNEBAGO INDUSTRIES | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on **Monday, June 16, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                Michael E. Kunz
                Clerk of Court

**Case continued from May 22, 2003.

                By:_____
                Stephen Sonnie
                Deputy Clerk
                Phone:267-299-7074

Date:June 9, 2003

Copies:    Katherine Gallagher, Courtroom Deputy to Judge Bartle
           Docket Clerk - Case File

        Counsel:    Craig Thor Kimmel, Esq.
                       Robert Rapkin, Esq.
                       Charles C. Sweedler, Esq.
                       Beth A. Carter, Esq.
                       W. Bourne Ruthrauff, Esq.
                       Michael B. Pullano, Esq.
                       Steven B. Kantrowitz, Esq.
                       Wayne A. Graver, Esq.

ARB2.FRM